IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN KUHNS, et al        :       CIVIL ACTION

       v.        :

CITY OF ALLENTOWN, et al      :      NO. 08-2606

## ORDER

AND NOW, this 4 day of February 2010, after consideration of a motion for
limited protective order filed by Defendants Allentown Women's Center and Jennifer
Boulanger (collectively "AWC") (Doc. 57), Plaintiffs' response thereto (Doc. 58),
Defendants' reply (Doc. 59), Plaintiffs' sur-reply (Doc. 61), and oral argument conducted
on January 22, 2010, it is hereby ORDERED that the motion is GRANTED IN PART
AND DENIED IN PART as follows:

1. The motion is GRANTED as to documents internal to AWC, which may be
designated "subject to protective order" and limited for use in this litigation
consistent with the memorandum opinion.

2. The motion is DENIED in all other respects.

3. AWC shall produce all materials, whether designated "subject to protective
order" or not, **no later than Tuesday, February 9, 2010.** To the extent
AWC has particular concerns regarding any of the material which I find to
be not subject to protective order, AWC may file a motion requesting in
camera review. Any such motion must be filed **no later than February 9,
2010**, and copies of the materials at issue shall be delivered to Judge Hey's
chambers.

BY THE COURT:

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE