Denis V. Brenan
19 South High Street
Second Floor
West Chester PA 19382

<u>Mailing Address:</u>
P.O. Box 465
Newtown Square PA 19073
(610) 359-0893

Christopher A. Ferrara
(Admitted *pro hac vice*)
**American Catholic Lawyers Association, Inc.**
420 Route 46 East, Suite 7
P.O. Box 10092
Fairfield NJ 07004-6092
(973) 244-9895

*Counsel for Plaintiffs*

### UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN KUHNS, JOYCE MAZALEWSKI, and KATHLEEN TEAY, <br><br> *Plaintiffs*, <br><br> -v.- <br><br> CITY OF ALLENTOWN, CHIEF OF POLICE ROGER MacLEAN, both individually and in his official capacity, ALLENTOWN WOMEN'S CENTER, and JENNIFER BOULANGER, <br><br> *Defendants*. | Civil Action No.: 5:08-cv-02606 (JKG) <br><br><br> DOCUMENT FILED ELECTRONICALLY |

### UNSWORN DECLARATION BY PLAINTIFFS' COUNSEL DENIS V. BRENAN IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CITY OF ALLENTOWN AND ROGER MacLEAN

Denis V. Brenan hereby affirms under penalty of perjury as follows:

1. Plaintiffs have filed Exhibits A to O in opposition to this motion.

2. Said exhibits are true copies of documents provided to me by the City of Allentown pursuant to discovery orders in this matter.

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 15, 2010

/s/ Denis V. Brenan
Denis V. Brenan