**Miller, Lisa**

**From:** jen@allentownwomenscenter.com
**Sent:** Friday, January 25, 2008 5:28 PM
**To:** Hanna, Joseph
**Subject:** updates

Hi Joe,

I want to preface this update by stating that as always, the Allentown police officers are very responsive when we call them. I have no complaints about the APD and we are thankful for your presence.

That said, there are some things I would like you to be aware of.

Katie Teay has successfully found out who our doctor is, where he lives, and I also suspect that she was the person who sent letters to all of his neighbors a few weeks ago (the letter was not signed). I am concerned about the verbal attacks on our physician, as Katie has repeatedly said, "John can run, but he can't hide" (John is our doctor). How else can we interpret that but as a threat? Hide from what? What does she plan to do to him once she finds him? I really believe that she hired a private investigator to discover information about us. She is a very sick woman and it seems she really enjoys trying to intimidate us with the information she knows. I just can't understand how she can get away with things like this.

I am going to fax you the letter that we think she sent to our doctor's neighbors, plus one that our doctor received today from John Dunkle. We think that Katie gave John Dunkle the address, since she is the one who tells us over and over again that she knows who he is and where he lives. As you might recall, John Dunkle is the man who believes in using force to stop abortion providers. He posted threats against a doctor on his website and after a US civil trial had to remove them. Dunkle historically has represented himself in court (poorly) and has lost several cases against him. I think intent to harass would be very easy to prove considering what John Dunkle writes about himself on his blog www.skpn1.blogspot.com. He has a list of federal prisoners that he writes to every month. The people he writes to are in prison for crimes having to do with anti-abortion violence. These prisoners fire bombed clinics, shot doctors (some fatally), kidnapped clinic owners, etc. - serious crimes. That is who he communicates with and admires. John Dunkle also publishes their propaganda on his website.

Our doctor did contact his local police department in Easton, but I think that it is important that you are aware of it too, and that their behavior (particularly Katie's) is out of control.

Almost every day our employees are pestered to quit their jobs - they are offered money too - the offers range from one to six month's salary. I really think we have serious criminal harassment issues here, but I don't expect any help from the city solicitor. His position has made it increasingly difficult here because without enforcement they keep pushing the line further and further. There are no repercussions to their actions, so what is to stop them? I don't feel safe here, regardless of what security precautions we take.

Please read the letters and keep them for your files. If you have any advice I would welcome it, but I understand that because of the solicitor's policy your hands are tied. I think it is outrageous that the city solicitor will not pursue legal action against these two. The doctor and I truly believe John Dunkle and Kathleen Teay have every intent to harm us — now emotionally, soon physically - and by the time the solicitor considers any preventative action it will be too late.

Please follow up with me at your earliest convenience. I'll be out of the office Monday and Tuesday, but available by cell phone 610-xxx-xxxx anytime. I appreciate your time.

Jen

Jennifer Boulanger, M.Ed
Executive Director
Allentown Women's Center
Treasurer, National Coalition for Abortion Providers
1409 Union Blvd., Rear
Allentown, PA 18109

2/12/2010



EXHIBIT J

City DFS 000780

610-770-9077 ext.11
610-770-8220 fax
jen@allentownwomenscenter.com
www.allentownwomenscenter.com
www.myspace.com/allentownwomenscenter

2/12/2010

City DFS 000781

Mar 08 2010 7:29PM   DV BRENAN ESQ   6103520893   p.6