Miller, Lisa

**From:** jen@allentownwomenscenter.com
**Sent:** Monday, January 28, 2008 4:56 PM
**To:** Hanna, Joseph
**Subject:** RE: updates

Joe,

Thank you for getting back to me.

I did make contacts on the Federal level. Although there are no overt threats at this time, it still makes all of us fearful. There was a death threat this past weekend on a doctor from Canada.

I am not surprised the protesters have issues with the tarps. I want to emphasize that the tarps do not belong to the Allentown Women's Center, nor do we advise for or against their use. They are used by the people who volunteer to help patients in the building. The volunteers are very careful to make sure they do not get in the way of vehicular traffic. Honestly, I hate the tarps, even though they effectively help us get in the door without being hit by arms and pamphlets. It only adds to the circus atmosphere out there and there is no dignity left for the patients which makes me very sad.

If the protesters would demonstrate peacefully, there would be no problems — no need for tarps or a court settlement. Unfortunately, that is not the case, nor will it ever be I'm afraid. Logic and reason does not work with this crowd.

I'll let you know if anything further develops.

Jen

Quoting "Hanna, Joseph" <hannaj@allentowncity.org>:

> Jen,
>
> Thank you for keeping me abreast of the ongoing issues.
>
> These "threats" are vailed in nature and can be interpretated in many
> ways. Has there been any overt or convert action by Dunkle in this
> matter? If so, I would suggest that the Federal Authorities be
> notified since they have lodged a previous prosecution against him.
>
>
> On any other note, the protestors have had an issue with your use of
> the tarps to shield the entry for clients. We have determined that no
> traffic violation exists so long as the use of the tarps does not
> block vehicles traveling in the traffic way and that they are removed
> immediately after the client has entered the building.

