IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN KUHNS, et al | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, et al | : | NO. 08-2606 |

## **ORDER**

AND NOW, this 25th day of October 2010, after consideration of Plaintiffs' informal letter motion to compel the City Defendants to provide supplemental discovery, together with letter responses and supplemental letter briefing, it is hereby ORDERED that the motion is DENIED.

BY THE COURT

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE