Denis V. Brenan
P.O. Box 465
Newtown Square PA 19073
(610) 359-0893

Christopher A. Ferrara
(Admitted *pro hac vice*)
**American Catholic Lawyers Association, Inc.**
420 Route 46 East, Suite 7
P.O. Box 10092
Fairfield NJ 07004-6092
(973) 244-9895
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**
_____

KATHLEEN KUHNS, JOYCE MAZALEWSKI,
and KATHLEEN TEAY,

       *Plaintiffs*,                         Civil Action: 5:08-cv-02606 (JKG)

       -v.-

CITY OF ALLENTOWN, CHIEF OF POLICE
ROGER MacLEAN, both individually and in his
official capacity, ALLENTOWN WOMEN'S
CENTER, and JENNIFER BOULANGER,

       *Defendants*.
_____

_____
**NOTICE OF APPEAL**
_____

     **NOTICE IS HEREBY GIVEN** that plaintiffs Kathleen Kuhns, Joyce Mazalewski, and Kathleen Teay appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable James Knoll Gardner, U.S.D.J., granting summary judgment to the defendants, entered on March 17, 2011 as ECF Document 156 (as corrected by the Order entered on March

22, 2011 as ECF Document 158) and the appurtenant Opinion entered on March 17, 2011 as ECF Document 155.

No Notice of Appeal has been served by any of the defendants.

Dated: April 14, 2011

                                        Respectfully submitted,

| | |
|---|---|
| s/ Denis V. Brenan (DVB4549) | s/ Christopher A. Ferrara (CAF2422) |
| DENIS V. BRENAN, ESQ. | CHRISTOPHER A. FERRARA, ESQ. |
| Pennsylvania Litigation Counsel | (Admitted *pro hac vice*) |
| for AMERICAN CATHOLIC LAWYERS ASSOCIATION, INC. | AMERICAN CATHOLIC LAWYERS ASSOCIATION, INC. |
| P.O. Box 465 | 420 Route 46 East, Suite 7 |
| Newtown Square, PA 19073 | P.O. Box 10092 |
| Telephone: (610) 359-0893 | Fairfield, NJ 07004-6092 |
| *Counsel for Plaintiffs/Appellants* | Telephone: (973) 244-9895 |
| | *Co-counsel for Plaintiffs/Appellants* |

TO:  Thomas E. Zemaitis, Esq.
      Elizabeth S. Campbell, Esq.
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      Philadelphia, Pennsylvania, 19103-2799
      Attorneys for Defendants Allentown
         Women's Center and Jennifer Boulanger

      Susan Frietsche, Esq.
      WOMEN'S LAW PROJECT
      401 Wood Street, Suite 1020
      Pittsburgh, Pennsylvania, 15222
      Attorney for Defendants Allentown
         Women's Center and Jennifer Boulanger

      David Samuel Cohen, Esq.
      Drexel University College of Law
      3320 Market Street, Suite 232
      Philadelphia, Pennsylvania, 19104
      Attorney for Defendants Allentown
         Women's Center and Jennifer Boulanger

Robert G. Hanna, Esq.
Gary H. Dadamo, Esq.
LAVERY, FAHERTY, YOUNG & PATTERSON, P.C.
225 Market Street
P.O. Box 1245
Harrisburg, Pennsylvania, 17108-1245
Attorneys for Defendants City of Allentown and
  Roger MacLean

Frances A. Fruhwirth, Esq.
Assistant Solicitor
City of Allentown
519 City Hall
435 Hamilton Street
Allentown, Pennsylvania, 18101
Attorney for Defendants City of Allentown and
  Roger MacLean

Please check:

    /x/ Counsel for Appellants

    /_/ Pro Se