IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN KUHNS;<br>JOYCE MAZALEWSKI; and<br>KATHLEEN TEAY, | ) <br>) Civil Action<br>) No. 08-cv-02606 |
| Plaintiffs | ) <br>) |
| vs. | ) |
| CITY OF ALLENTOWN;<br>CHIEF OF POLICE ROGER MacLEAN,<br>  both individually and in his<br>  official capacity;<br>ALLENTOWN WOMEN'S CENTER, INC.; and<br>JENNIFER BOULANGER, | ) <br>) <br>) <br>) <br>) <br>) <br>) |
| Defendants | ) |

O R D E R

NOW, this 21st day of March, 2011, it appearing that the Order of the undersigned dated March 15, 2011 contained the following language: "IT IS FURTHER ORDERED that judgment is entered in favor of defendants City of Allentown, Chief of Police Roger MacLean, Allentown Women's Center, Inc. and against plaintiffs Kathleen Kuhns, Joyce Mazalewski and Kathleen Teay on Counts I and IV of plaintiffs' Complaint."; it further appearing that by the March 15, 2011 Order and Opinion of the undersigned, the Motion of Defendants Allentown Women's Center and Jennifer Boulanger for Summary Judgment was granted in part and denied in part; it further appearing that the Motion of Defendants Allentown Women's Center and Jennifer Boulanger for Summary Judgment was granted to the extent it sought judgment in those defendants' favor on Count I, but denied to the extent it sought judgment in those defendants' favor on Count IV,

IT IS ORDERED that the above-quoted language in the March 15, 2011 Order of the undersigned is modified to read as follows: "IT IS FURTHER ORDERED that judgment is entered in favor of defendants City of Allentown and Chief of Police Roger MacLean and against plaintiffs Kathleen Kuhns, Joyce Mazalewski and Kathleen Teay on Counts I and IV of plaintiffs' Complaint."

IT IS FURTHER ORDERED that to the extent judgment has been entered in favor of defendant Allentown Women's Center, Inc. on Count IV of plaintiffs' Complaint, such judgment is stricken.

BY THE COURT:


　/s/ James Knoll Gardner　
James Knoll Gardner
United States District Judge